UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cr-215-MOC-DCK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| **RAYMOND BAUCOM,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** is before the Court on the Government's Unopposed Motion to Amend/Correct Judgment to Include Restitution. (Doc. No. 40). The motion is **GRANTED**.

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. § 2559 and 18 U.S.C. § 3664, restitution in the total amount of $18,000 is granted to the listed victims in the following amounts:

1) "Jenny"

$3,000

Payable to:

Marsh Law Firm PLLC
Attn: Jenny
P.O. Box 4668 #65135
New York, NY 10163-4668

2) "Andy"

$3,000

Payable to:

Marsh Law Firm PLLC
Attn: Andy
548 Market St. #65135
San Francisco, CA 94104-5401

3) "John Doe #1", "John Doe #2", "John Doe #3", and "John Doe #4"

$3,000 to each victim ($12,000 total)

Payments to:

Tanya Hankins
In Trust for 8 kids Series
PO Box 1091
Tacoma, WA 98401


Signed: October 28, 2021

Max O. Cogburn Jr
United States District Judge